WR-83,947-01

## Petition for Discretionary Review:

Request for an extension of time to file petition for Discretionary Review. I need more time to file my petition.

Today is the 12th day of November, 2015. I recieved my white Notice of denial on the 'postmarked day' October 29th, 2015. With the mail box rule, this request for extension of time is mailed before any 15 day deadline. The petition for Discretionary Review will follow within a week or two.

## Unsworn declaration:

Everything I've said is true to the, best of my knowledge, under penalty of perjury, I am incarcerated at the Ware Unit, my prison TDCJ Id # is 1919580, my date of birth is 09/03/1979, signed this 12th of November 2015

Justin Hamerlinck
Justin Hamerlinck

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 16 2015

Abel Acosta, Clerk